```
             UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF NEW HAMPSHIRE
```

United States of America

       v.                              Criminal No. 10-cr-145-01-JD

Akim Alleyne

O R D E R

The assented to motion to reschedule jury trial (document no. 10) filed by defendant is granted; Trial is continued to the two-week period beginning February 15, 2011, 9:30 AM.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                    /s/ Joseph A. DiClerico, Jr.
                                                    Joseph A. DiClerico, Jr.
                                                    United States District Judge

Date:  November 23, 2010

cc:  Donald Kennedy, Esq.
     Terry Ollila, Esq.
     U.S. Marshal
     U.S. Probation