UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                         Criminal No. 10-cr-145-01-JD

<u>Akim Alleyne</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 13) filed by defendant is granted; no further continuances. Trial is continued to the two-week period beginning April 19, 2011, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                      <u>*/s/ Joseph A. DiClerico, Jr.*</u>
                                                      Joseph A. DiClerico, Jr.
                                                      United States District Judge

Date: February 10, 2011

cc: Donald Kennedy, Esq.
    Terry Ollila, Esq.
    U.S. Marshal
    U.S. Probation